| | | | |
|---|---|---|---|
| Com. v. DeJesus | 2089 EDA 2015<br>Affirmed | 08/03/2016 | CP–39–CR–0004319–2014<br>(Lehigh) |
| Com. v. Fretti | 2587 EDA 2015<br>Affirmed | 08/03/2016 | CP–39–CR–0004001–2011<br>(Lehigh) |
| Ceballos v. Ceballos–Ramos | 2619 EDA 2015<br>Affirmed and<br>Vacated | 08/03/2016 | No. A06–09–63990–D/Q<br>(Bucks) |
| Com. v. Freemore | 3107 EDA 2015<br>Affirmed | 08/03/2016 | CP–45–CR–0000258–2009<br>(Monroe) |
| Com. v. Polisky | 1170 MDA 2015<br>Affirmed | 08/03/2016 | CP–40–CR–0002034–2014<br>(Luzerne) |
| In re T.W.; Appeal of T.W.[3] | 1979 MDA 2015<br>Affirmed | 08/03/2016 | 2015–SU–002707–64<br>(York) |
| W&M Hi Acre Stables v. Addison Hi Acre Stables | 1392 WDA 2015<br>Affirmed | 08/03/2016 | No. 4158 of 2014<br>(Westmoreland) |
| Heckman v. Addison | 1393 WDA 2015<br>Affirmed | 08/03/2016 | 3753 of 2014<br>(Westmoreland) |
| Com. v. Walker | 3218 EDA 2014<br>Affirmed | 08/04/2016 | CP–51–CR–0015522–2013<br>(Philadelphia) |
| Com. v. Snead | 987 EDA 2015<br>Affirmed | 08/04/2016 | CP–51–CR–0003643–2008<br>(Philadelphia) |
| Com. v. Kopack | 1660 EDA 2015<br>Affirmed | 08/04/2016 | CP–46–CR–0002959–2014<br>(Montgomery) |
| National Agency Development v. AF&L Insurance Co. | 1744 EDA 2015<br>Affirmed | 08/04/2016 | 2015–00117<br>(Bucks) |
| Diaz v. Kilby | 2077 EDA 2015<br>Affirmed | 08/04/2016 | 10195 Civil 2014<br>(Monroe) |
| Com. v. Foye[4] | 2995 EDA 2015<br>Appeal<br>dismissed | 08/04/2016 | CP–39–CR–0000678–2009<br>(Lehigh) |
| Com. v. Pichirilo | 3233 EDA 2015<br>Affirmed | 08/04/2016 | CP–39–CR–0005626–2013<br>(Lehigh) |
| Com. v. Cottle | 3475 EDA 2015<br>Affirmed | 08/04/2016 | CP–23–CR–0006306–2014<br>(Delaware) |
| In the Interest of: T.N.M.R. | 3628 EDA 2015<br>Affirmed | 08/04/2016 | CP–51–AP–0000700–2015<br>(Philadelphia) |

3. Petition for reargument denied October 14, 2016.
4. Petition for reargument denied October 14, 2016.